IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WALTER DUANE WHITE,

    Petitioner,

v.                                    Civil Action No. 3:07-cv-8

WARDEN JOYCE FRANCIS,

    Respondent.

**FILED DEC 3 - 2007 U.S. DISTRICT COURT CLARKSBURG, WV 26301**

## ORDER

Upon due consideration of <u>Respondent's Motion to Strike and Motion for Protective Order</u>, this Court is of the opinion that good cause is shown therein for the relief sought by the Respondent. It is therefore

ORDERED that <u>Petitioner's First Set of Interrogatories to Defendant</u> be stricken from the record of this case and the Clerk shall remove the Certificate of Service evidencing service of the Interrogatories from the docket. It is further

ORDERED that Respondent need not answer or respond to the <u>Petitioner's First Set of Interrogatories to Defendant</u>.

The Clerk is directed to mail a copy of this Order to the *pro se* Petitioner.

DATED: December 3, 2007

                                                /s/ John S. Kaull
                                      UNITED STATES MAGISTRATE JUDGE